UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | RONALD C. STIVALA | Bankruptcy No. 17-14625-PMM |
| | KIMBERLY STIVALA | |
| | Debtors | Chapter 13 |

# **ORDER**

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan PostConfirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the Fifth Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

_____
Patricia M. Mayer
United States Bankruptcy Judge