# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Ronald C. Stivala | : | Chapter 13 |
| Kimberly Stivala | : | |
| Debtors | : | |
| | : | Bankruptcy No. 17-14625-pmm |

## ORDER

AND NOW, upon consideration of the Application for Compensation filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Supplemental compensation is **ALLOWED** in favor of the Applicant in the amount of $1,500.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), pursuant to the terms of the confirmed Plan.

BY THE COURT

Dated: 5/29/20

_____
Patricia M. Mayer
United States Bankruptcy Judge