United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Ronald C. Stivala
Kimberly Stivala
          Debtors

Case No. 17-14625-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi          Page 1 of 1          Date Rcvd: May 29, 2020
                             Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
db/jdb        +Ronald C. Stivala,    Kimberly Stivala,    81 Butternut Ct.,    Reading, PA 19608-9613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2020 at the address(es) listed below:
          BRENNA HOPE MENDELSOHN    on behalf of Joint Debtor Kimberly  Stivala tobykmendelsohn@comcast.net
          BRENNA HOPE MENDELSOHN    on behalf of Debtor Ronald C. Stivala tobykmendelsohn@comcast.net
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MICHAEL J. GOMBAR, Jr.    on behalf of Creditor    Municipal Authority of South Heidelberg Township
           mgombar@masanobradley.com,   sbortzel@masanobradley.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                               TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | **Ronald C. Stivala** | : | **Chapter 13** |
| | **Kimberly Stivala** | : | |
| | **Debtors** | : | |
| | | : | **Bankruptcy No. 17-14625-pmm** |

### ORDER

AND NOW, upon consideration of the Application for Compensation filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1.    The Application is **GRANTED**.

2.    Supplemental compensation is **ALLOWED** in favor of the Applicant in the amount of $1,500.00.

3.    The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), pursuant to the terms of the confirmed Plan.

BY THE COURT

Dated: 5/29/20

_____
Patricia M. Mayer
United States Bankruptcy Judge