| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-14625-PMM

RONALD C. STIVALA
KIMBERLY STIVALA
81 BUTTERNUT CT.
READING  PA   19608

Petition Filed Date: 07/07/2017
341 Hearing Date: 09/05/2017
Confirmation Date: 01/11/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $804.00 | | 03/04/2019 | $402.00 | | 03/05/2019 | $1,500.00 | |
| 04/25/2019 | $600.00 | | 06/03/2019 | $402.00 | | 09/13/2019 | $1,400.00 | |
| 10/23/2019 | $455.00 | 6269521000 | 12/11/2019 | $565.00 | | 05/04/2020 | $350.00 | |
| 05/11/2020 | $250.00 | 6779941000 | 07/28/2020 | $605.60 | 6969516000 | | | |

**Total Receipts for the Period: $7,333.60    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,696.60**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | MUNICIPAL AUTHORITY OF SO HEIDELBERG TWP<br>»» 002 | Secured Creditors | $220.22 | $0.00 | $220.22 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $3,863.40 | $3,863.40 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $938.82 | $0.00 | $938.82 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 004 | Secured Creditors | $11,547.00 | $575.83 | $10,971.17 |
| 3 | MENDELSOHN & MENDELSOHN PC<br>»» 003 | Attorney Fees | $2,400.00 | $2,400.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,500.00 | $540.00 | $960.00 |

**Chapter 13 Case No. 17-14625-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,696.60 | Current Monthly Payment: | $285.20 |
| Paid to Claims: | $7,379.23 | Arrearages: | $535.20 |
| Paid to Trustee: | $761.35 | Total Plan Base: | $22,873.48 |
| Funds on Hand: | $556.02 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.