| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-14625-PMM

RONALD C. STIVALA
KIMBERLY STIVALA
81 BUTTERNUT CT.
READING  PA   19608

Petition Filed Date: 07/07/2017
341 Hearing Date: 09/05/2017
Confirmation Date: 01/11/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/04/2020 | $350.00 | | 05/11/2020 | $250.00 | 6779941000 | 07/28/2020 | $605.60 | 6969516000 |
| 10/07/2020 | $285.00 | 7145128000 | 01/19/2021 | $801.20 | 7390332000 | 01/20/2021 | $875.00 | 7390344000 |
| 03/01/2021 | $285.20 | 7489692000 | 03/03/2021 | $285.20 | 7499070000 | 03/04/2021 | ($285.20) | 7489692000 |

**Total Receipts for the Period: $3,452.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,943.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | MUNICIPAL AUTHORITY OF SO HEIDELBERG TWP<br>»» 002 | Secured Creditors | $220.22 | $37.35 | $182.87 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Creditors | $3,863.40 | $3,863.40 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $938.82 | $0.00 | $938.82 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 004 | Secured Creditors | $11,547.00 | $2,218.70 | $9,328.30 |
| 3 | MENDELSOHN & MENDELSOHN PC<br>»» 003 | Attorney Fees | $2,400.00 | $2,400.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |

Chapter 13 Case No. 17-14625-PMM

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,943.00 | Current Monthly Payment: | $285.20 |
| Paid to Claims: | $10,019.45 | Arrearages: | $1,140.80 |
| Paid to Trustee: | $918.59 | Total Plan Base: | $22,873.48 |
| Funds on Hand: | $4.96 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.